Court, Appellate Division, Second Department. April 23, 1909.) Action by James D. Moran against the New York & Queens County Railway Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

MOWBRAY, Appellant, v. DE FOREST, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by William E. Mowbray against William H. De Forest, Jr., impleaded. H. Parsons, for appellant. H. R. Limburg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MULLER, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Annie Muller against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MULLER, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Wilhelm Muller against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MURPHY, Appellant, v. KEENEY, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Delia A. Murphy against Frederick C. Keeney, as administrator. J. Ewen, for appellant. H. F. Stone, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MURRAY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Joseph Murray against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, P. J., and KELLOGG, J., dissent.

MYERS, Respondent, v. HERZOG et al., Appellant. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Katherine I. Myers against Ellen T. Herzog and another. D. E. Peck, for appellants. J. G. Fenster, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on Brooks v. Tiffany, 117 App. Div. 470, 102 N. Y. Supp. 626, and Backes v. Mechanics' & Traders' Bank (Sup.) 114 N. Y. Supp. 459. Order filed.

NEARY, Respondent, v. CITIZENS' R., LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Sarah Neary, as administratrix, etc., against the Citizens' Rail-road, Light & Power Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 110 App. Div. 769, 97 N. Y. Supp. 420.

In re NELSON. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) In the matter of the application of George M. Nelson for admission to the bar. No opinion. Application granted.

NEWMAN, Respondent, v. OAKS HOTEL CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Frederick W. Newman against the Oaks Hotel Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

NORTHERN INS. CO. OF NEW YORK, Respondent, v. WOOD et al., Appellants. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by the Northern Insurance Company of New York against Henry P. Wood and another. R. F. Randall, for appellants. L. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re O'BRIEN. (Supreme Court, Appellate Division, First Department. April 16, 1909.) In the matter of Arthur F. O'Brien. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'BRIEN et al., Respondents, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by John O'Brien and another against Edward R. Thomas and another. R. A. Irving, for appellants. J. W. Browne, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OETJEN v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Leo Oetjen, an infant, etc., against the city of New York and others. No opinion. Judgment and order unanimously affirmed on reargument, without costs.

OFNER, Respondent, v. GUINZBURG, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Josephine Ofner against Fernando M. Guinzburg. J. C. Guggenheimer, for appellant. A. Ofner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re O'REILLY. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of the application to revoke letters testamentary issued to Frank E. O'Reilly, as executor of Arthur J. Heaney, deceased, and to remove him, etc. No opinion.

Motion denied, without costs. See, also, 59 Misc. Rep. 136, 112 N. Y. Supp. 208.

---

In re O'REILLY. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) In the matter of the application to revoke letters testamentary issued to Frank E. O'Reilly, as executor of Arthur J. Heaney, deceased, and to remove him as testamentary trustee under the last will and testament of Arthur J. Heaney, deceased. No opinion. Motion denied, with $10 costs. See, also, 59 Misc. Rep. 136, 112 N. Y. Supp. 208.

---

ORMOND & O'BRIEN, Respondents, v. COHN CUT STONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Ormond & O'Brien against the Cohn Cut Stone Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PAGE, Respondent, v. NOWAK, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Emmett D. Page against David Nowak.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that there was no proof of agency in the wife, and therefore no contract was proved.

---

PANOULIAS, Appellant, v. SIGRIST, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Panayiotis Panoulias against Frederick Sigrist. G. H. Taylor, Jr., for appellant. H. Joerg, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

PASCUAL, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by William V. Pascual against J. Cornell Brown. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

PEACE et al., Respondents, v. WALLACE TRANSP. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Harry B. Peace and another against the Wallace Transportation Company. No opinion. Judgment and order affirmed, with costs.

---

PENN DRUG CO., Appellant, v. E. C. McKALLOR DRUG CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by the Penn Drug Company against the E. C. McKallor Drug Company. No opinion. Judgment affirmed, with costs.

---

PEOPLE v. BAKER. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Proceedings by the people of the state of New York against Charles Baker. No opinion. Motion denied on terms stated in order. Order filed.

---

PEOPLE, Respondent, v. BLINN, Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1909.) Proceedings by the people of the state of New York against Francis G. Blinn. A. H. Stephens, for appellant. R. C. Taylor, for the People. No opinion. Judgment and orders affirmed on People v. Conrad, 102 App. Div. 567, 92 N. Y. Supp. 606, and 182 N. Y., 529, 74 N. E. 1122. Order filed.

---

PEOPLE, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Proceedings by the people of the state of New York against Antoine J. Campbell. No opinion. Judgment affirmed.

---

PEOPLE v. COHEN. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Proceedings by the people of the state of New York against Hyman Cohen. No opinion. Motion denied.

---

PEOPLE v. DUFFY et al. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Proceedings by the people of the state of New York against Frank Duffy, impleaded. No opinion. Motion denied, upon condition that appellant have his appeal ready for argument at May term. Order filed.

---

PEOPLE v. KAHN. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Proceedings by the people of the state of New York against Samuel Kahn. No opinion. Motion granted. Order filed

---

PEOPLE v. PRAMO. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Proceedings by the people of the state of New York against James Pramo. No opinion. Motion granted. Order filed.

---

PEOPLE v. SHERIFF. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Proceedings by the people of the state of New York against Alexander Sheriff. No opinion. Motion granted. Order filed.

---

PEOPLE, Respondent, v. TRANSIT DEVELOPMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Proceedings by the people of the state of New York against the Transit Development Company. No opinion. Motion denied. See, also, 115 N. Y. Supp. 297.

---

PEOPLE, Respondent, v. WASHOR, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Proceedings by the people of the state of New York against Meyer Washor. A. J. Levy, for appellant. R.